Receipt Number

*541996* _ _

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

HONORABLE JOHN CONYERS, JR., Representing Michigan's 14th District; HONORABLE JOHN D. DINGELL, Representing Michigan's 15th District; HONORABLE CHARLES B. RANGEL, Representing New York's 15th District; HONORABLE GEORGE MILLER, Representing California's 7th District; HONORABLE JAMES L. OBERSTAR, Representing Minnesota's 8th District; HONORABLE BARNEY FRANK, Representing Massachusetts' 4th District; HONORABLE COLLIN C. PETERSON, Representing Minnesota's 7th District; HONORABLE BENNIE THOMPSON, Representing Mississippi's 2d District; HONORABLE FORTNEY PETE STARK, Representing California's 13th District; HONORABLE SHERROD BROWN, Representing Ohio's 13th District; HONORABLE LOUISE M. SLAUGHTER, Representing New York's 28th District,

       Plaintiffs,

vs.

GEORGE W. BUSH, President of the United States; MIKE JOHANNS, Secretary of the Department of Agriculture; CARLOS GUTIERREZ, Secretary of the Department of Commerce; MARGARET SPELLINGS, Secretary of the Department of Education; MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development; NORMAN MINETA, Secretary of the Department of Transportation; JOHN SNOW, Secretary of the Treasury; JOHN F. BOVENZI, Chief Operating Officer, Federal Deposit Insurance Corporation; BRADLEY D. BELT, Executive Director, Pension Benefit Guaranty Corporation; LEONIDAS RALPH MECHAM, Director, Administrative Office of the United States Courts,

       Defendants.

Case: 2:06-cv-11972
Assigned To: Edmunds, Nancy G
Referral Judge: Capel, Wallace
Filed: 04-28-2006 At 08:26 AM
CMP CONYERS, ET AL V. BUSH, ET AL ( TAM)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Elliott S. Hall (P14546)
Richard J. Landau (P42223)
Attorneys for Plaintiffs
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7669

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

NOW COME Plaintiffs, the HONORABLE JOHN CONYERS, JR., the HONORABLE JOHN D. DINGELL, the HONORABLE CHARLES B. RANGEL, the HONORABLE GEORGE MILLER, the HONORABLE JAMES L. OBERSTAR, the HONORABLE BARNEY FRANK, the HONORABLE COLLIN C. PETERSON, the HONORABLE BENNIE THOMPSON, the HONORABLE FORTNEY PETE STARK, the HONORABLE SHERROD BROWN, the HONORABLE LOUISE M. SLAUGHTER and, by and through their attorneys, DYKEMA GOSSETT PLLC, and for their Complaint against Defendants GEORGE W. BUSH, President of the United States; MIKE JOHANNS, Secretary of the Department of Agriculture; CARLOS GUTIERREZ, Secretary of the Department of Commerce; MARGARET SPELLINGS, Secretary of the Department of Education; MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development; NORMAN MINETA, Secretary of the Department of Transportation; JOHN SNOW, Secretary of the Treasury; JOHN F. BOVENZI, Chief Operating Officer of the FEDERAL DEPOSIT INSURANCE CORPORATION; BRADLEY D. BELT, Executive Director of the PENSION BENEFIT GUARANTY CORPORATION; and

LEONIDAS RALPH MECHAM, Director of the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, state as follows:

1.     This action challenges the legality of the Deficit Reduction Act of 2005 ("the Act"), Pub. L. No. 109-171, § 10001, 120 Stat. 4, 183, which was signed into law by President George W. Bush on February 8, 2006.  Because the version of the Act passed by the House differed substantively from the version passed by the Senate and signed by the President, plaintiffs seek a declaration that the Act is not a law and a temporary restraining order to enjoin its continued implementation.  The Act is invalid for failing to comply with Article 1, Section 7 of the United States Constitution, which requires that bills pass both Houses of Congress in identical form before being signed by the President into law.

2.     Plaintiffs are each members of the United States House of Representatives. Plaintiffs were entitled under the United States Constitution to vote on the bill being described as the Deficit Reduction Act prior to it becoming law.  The Defendants are nonetheless treating the purported Act as a law of the United States.  Plaintiffs have been disenfranchised from being able to carry out their constitutional responsibilities and duties by virtue of the manner in which this was enacted.  Each suffers irreparable injury by the enactment of a law without the opportunity to participate in its consideration as is required under Article I, Section 7 of the United States Constitution.

3.     Plaintiffs include all of the ranking members on the House Committees with jurisdiction over the programs whose budgets are affected by the purported changes in the Deficit Reduction Act or the procedures used to make those changes.

4.     Defendants are individual government officers, each sued in his or her official capacity, and entities that are responsible for administering provisions of the Act.

2

## JURISDICTION AND VENUE

5.     This Court has jurisdiction under 28 U.S.C. §1331 as this is a case arising under the Constitution and laws of the United States.

6.     This Court has personal jurisdiction over all of the individual defendants in that they are sued in their official capacities and thus have minimum contacts with this judicial district and are subject to the jurisdiction of its courts.

7.     Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(e).

8.     This Court has authority to order the relief requested under 28 U.S.C. §§2201 and 2202.

## PARTIES

9.     Plaintiff John Conyers, Jr. is a Member of the United States House of Representatives representing citizens residing in the 14th District of the state of Michigan.

10.     Plaintiff John D. Dingell is a Member of the United States House of Representatives representing citizens residing in the 15th District of the state of Michigan.

11.     Plaintiff Charles B. Rangel is a Member of the United States House of Representatives representing citizens residing in the 15th District of the state of New York.

12.     Plaintiff George Miller is a Member of the United States House of Representatives representing citizens residing in the 7th District of the state of California.

13.     Plaintiff James L. Oberstar is a Member of the United States House of Representatives representing citizens residing in the 8th District of state of Minnesota.

3

14. Plaintiff Barney Frank is a Member of the United States House of Representatives representing citizens residing in the 4th District of the state of Massachusetts.

15. Plaintiff Collin C. Peterson is a Member of the United States House of Representatives representing citizens residing in the 7th District of the state of Minnesota.

16. Plaintiff Bennie Thompson is a Member of the United States House of Representatives representing citizens residing in the, 2d District of the state of Mississippi.

17. Plaintiff Fortney Pete Stark is a Member of the United States House of Representatives representing citizens residing in the 13th District of the state of California.

18. Plaintiff Sherrod Brown is a Member of the United States House of Representatives representing citizens residing in the 13th District of the state of Ohio.

19. Plaintiff Louise M. Slaughter, is a Member of the United States House of Representatives representing citizens residing in the 28th District of state of New York.

20. Defendant George W. Bush is the President of the United States and is ultimately responsible for all budgetary changes with the executive branch.

21. Defendant Mike Johanns is the Secretary of the Department of Agriculture and is responsible for effectuating budget changes contained in Title I of the Deficit Reduction Act.

22. Defendant Carlos Gutierrez is the Secretary of the Department of Commerce and is responsible for effectuating budget changes contained in Title III of the Deficit Reduction Act.

23. Defendant Margaret Spellings is the Secretary of the Department of Education and is responsible for effectuating budget changes contained in Title VIII of the Deficit Reduction Act.

24. Defendant Michael O. Leavitt is the Secretary of the Department of Health and Human Services and is responsible for effectuating budget changes contained in Titles IV, V, VI and IX of the Deficit Reduction Act.

25. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security and is responsible for effectuating budget changes contained in Title III of the Deficit Reduction Act.

26. Defendant Alphonso Jackson is the Secretary of the Department of Housing and Urban Development and is responsible for effectuating budget changes contained in Title II of the Deficit Reduction Act.

27. Defendant Norman Mineta is the Secretary of the Department of Transportation and is responsible for effectuating budget changes contained in Title IV of the Deficit Reduction Act.

28. Defendant John Snow is the Secretary of the Department of Treasury and is responsible for managing federal finances, collecting taxes, duties and monies paid to and due to the U.S., paying all bills of the U.S., and managing Government accounts and the public debt.

29. Defendant John F. Bovenzi, Chief Operating Officer of the Federal Deposit Insurance Corporation, is responsible for effectuating budget changes contained in Title II of the Deficit Reduction Act.

30. Defendant Bradley D. Belt, Executive Director of the Pension Benefit Guaranty Corporation, is responsible for effectuating budget changes contained in Title VIII of the Deficit Reduction Act.

31. Defendant Leonidas Ralph Mecham, Director of the Administrative Office of the United States Courts, is responsible for effectuating budget changes contained in Title X of the Deficit Reduction Act.

## FACTS

32. On December 21, 2005, the United States Senate passed S. 1932, the Deficit Reduction Act of 2005. Section 5101 of the bill set the duration of Medicare payments to rent certain durable medical equipment at 13 months.

33. On February 1, 2006, the United States House of Representatives passed a bill purportedly identical to S. 1932, but Section 5101 of this bill set the duration of Medicare payments to rent certain durable medical equipment at 36 months instead of 13 months.

34. This additional 23 months of Medicare rental payments for durable medical equipment in the House-passed bill amounted to an increased federal outlay of approximately $2 billion.

35. The United States House of Representatives and the United States Senate therefore failed to pass identical versions of S. 1932.

36. The United States Constitution requires that in order for a bill to be signed into law by the President and to take effect, the House and the Senate must pass identical versions of the bill.

37. On February 8, 2006, the version of S. 1932 presented to and signed by the President set the duration of Medicare payments to rent certain durable medical equipment at 13 months.

38. United States House Speaker Dennis Hastert and President Pro Tem of the United States Senate, Ted Stevens, signed a statement attesting that the bill signed by the President had been passed by both the United States House and the United States Senate. It is undisputable, however, that the House and Senate did not pass the same bill.

39. United States House Speaker Dennis Hastert, Senate Majority Leader Bill Frist, and President George W. Bush were all aware by late morning on February 8, 2006, prior to the signing ceremony, that the bill presented to the President reflected the Senate bill but was never passed by the House. On information and belief House Speaker Dennis Hastert, through his staff, had asked the administration to delay proceedings until the problem could be addressed by the House and Senate.

40. The bill signed by the President, on February 8, 2006 at 3:43 p.m., never was passed by the United States House of Representatives.

41. On February 8, 2006 at approximately 7:30 p.m. the United States Senate passed S.Con.Res. 80 by unanimous consent, stating: "That the enrollment of the bill S. 1932 as presented to the President for his signature on February 8, 2006, is deemed the true enrollment of the bill reflecting the intent of the Congress in enacting the bill into law." The assertion by the Senate that the bill is law can have no legal effect and has no bearing on such as 13 is not 36 months.

42. The enrollment of bill S. 1932, as prescribed in S.Con.Res. 80, did not take effect as law under the Constitution to render the bill a law since the bill neither had been considered nor voted on by the House of Representatives.

43. The bill presented to the President and signed by him could not become a law.

7

44.     The President, members of his cabinet and federal corporations are treating as a law, a bill that is not the law of the United States.

## INJURY

45.     As Members of the United States House of Representatives, Plaintiffs have been denied their right embodied in Article I, Section 7 of the United States Constitution to vote on legislation purportedly signed into law by the President.  They have literally been disenfranchised in terms of their ability to vote and thus suffer irreparable injury.

46.     Plaintiffs thus have been denied the opportunity to represent the interests of their constituents in the United States House of Representatives by voting on legislation signed by the President.

47.     Plaintiffs have been denied the opportunity to persuade other members of the United States House of Representatives and thus have been disenfranchised from engaging in the deliberative process prescribed and required by the Constitution as a manner of enacting laws.

## CAUSE OF ACTION
### (For violation of the United States Constitution)

48.     Plaintiffs incorporate the preceding paragraphs of this Complaint herein by reference.

49.     Article I, Section 7 of the United States Constitution provides that "Every bill…shall have passed the House of Representatives and the Senate" before it becomes a law.

50.     The Deficit Reduction Act was signed by the President but was never passed by the United States House of Representatives.  The Act thus never became a law as it violates the

express and clear requirements of Article I, Section 7 of the United States Constitution, and nor did it ever achieve status of the "supreme Law of the land" within the meaning of Article VI, Section 2."

WHEREFORE, Plaintiffs pray for:

(A)     An order declaring that the purported Act is not a law because it does not meet the requirements of Article I, Section 7 of the United States Constitution.

(B)     A temporary restraining order enjoining the continued implementation of the Act.

(C)     A preliminary and a permanent injunction preventing implementation of the Act.

(D)     Such other relief as the Court may deem just and proper.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: _____
Elliott S. Hall (P14546)
Richard J. Landau (P42223)
Attorneys for Plaintiffs
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
(734) 214-7669
(734) 214-7696 (fax)
Email: rlandau@dykema.com

Erwin Chemerinsky
Co-Counsel for Plaintiffs
Duke University School of Law
Science Drive & Towerview Rd.
Durham, North Carolina  27708
(919) 613-7173

Dated:  April 28, 2006

9

# CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: _____ N/A

...civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required ...xcept as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required ...r use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| HON. JOHN CONYERS, JR., HON. JOHN D. DINGELL, HON. CHARLES B. RANGEL, HON. GEORGE MILLER, HON. JAMES L. OBERSTAR, HON. BARNEY FRANK, HON. COLLIN C. PETERSON, HON. BENNIE THOMPSON, HON. FORTNEY PETE STARK, HON. SHERROD BROWN, HON. LOUISE M. SLAUGHTER | GEORGE W. BUSH; MIKE JOHANNS; CARLOS GUTIERREZ; MARGARET SPELLINGS; MICHAEL O. LEAVITT; MICHAEL CHERTOFF; ALPHONSO JACKSON; NORMAN MINETA; JOHN SNOW; JOHN F. BOVENZI; BRADLEY D. BELT; LEONIDAS RALPH MECHAM |

(b) County of Residence of First Listed Plaintiff    Wayne County, MI
26163

County of Residence of First Listed Defendant _____ Washington, DC
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(C) Attorneys (Firm Name, Address, and Telephone Number)
Richard J. Landau (P42223)    (734) 214-7669
Dykema Gossett PLLC
2723 S. State St., Suite 400, Ann Arbor, MI 48104

Attorneys (If Known)

Case: 2:06-cv-11972
Assigned To: Edmunds, Nancy G
Referral Judge: Capel, Wallace
Filed: 04-28-2006 At 08:26 AM
CMP CONYERS, ET AL V. BUSH, ET AL ( TAM)

## II. BASIS OF JURISDICTION (Place An "X" In One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZ... (For DI...)

Citizen ...

Citizen of Another State ☐ 2 ☐ 2   Incorporated and Principal Place of Business in Another State ☐ 5 ☐ 5

Citizen or Subject of a Foreign Country ☐ 3 ☐ 3   Foreign Nation ☐ 6 ☐ 6

of Business In This State

Plaintiff ... dant)
4

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | Of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 820 Copyrights | |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | Exchange |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | & Disclosure Act | | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Equipment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Under Equal Access to Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | State Statutes |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | or Defendant | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS — Third Party | |
| | | ☐ 555 Prison Condition | Security Act | 26 USC 7609 | |

## V. ORIGIN (Place An "X" In One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite The Us Civil Statute Under Which You Are Filing And Write A Brief Statement Of Cause. Do Not Cite Jurisdictional Statues Unless Diversity)

U.S. Constitution, Article I, Section 7. Plaintiffs seek a declaration that the Deficit Reduction Act of 2005 is not a law.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) (See next page)

JUDGE

DOCKET NUMBER _____

DATE   April 28 2006

SIGNATURE OF ATTORNEY OF RECORD

Richard J. Landau (P42223)

JANT TO LOCAL RULE 83.11

Is this a case that has been previously dismissed?    ☐ Yes    ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.

Other than stated above, are there any pending or previously    ☒ Yes    ☐ No
discontinued or dismissed companion cases in this or any other
court, including state court?  (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: USDC for the ED of Michigan, Northern Division
Case No.: 05-10089-BC
Judge: David M. Lawson

Court: USDC for the District of Columbia
Case No.: 06-523
Judge: John D. Bates

Court: USDC for the Southern District of Alabama
Case No.: 06-00080
Judge: Callie V. S. Granade

Court: USDC for the District of Columbia
Case No.: 04-01053
Judge: James Robertson

Notes: